```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:14CR223
                               )
       v.                      )
                               )
TERRY LEE HARLAN,              )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 21). The Court notes defendant has filed a written waiver of speedy trial (Filing No. 22). Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, October 6, 2014, at 10 a.m**.

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 28, 2014, and October 6, 2014, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 12th day of August, 2014.

BY THE COURT:

/s/ Lyle E. Strom

------------------------------------
LYLE E. STROM, Senior Judge
United States District Court