IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )           8:14CR223
                                 )
         v.                      )
                                 )
TERRY LEE HARLAN,                )              ORDER
                                 )
                 Defendant.      )
_____  )
```

This matter is before the Court on plaintiff's motion to continue trial (Filing No. 26).  The Court understands defendant has no objection.  Accordingly,

IT IS ORDERED that trial of this matter is rescheduled for:

**Monday, November 17, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of the Court.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between October 6, 2014, and November 17, 2014, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of Septembert, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court