IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR223 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY LEE HARLAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 59). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to restrict is granted. The documents as described in defendant's motion shall be filed as restricted pending further order of the Court.

DATED this 27th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court