IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR223 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY LEE HARLAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to recommend he be placed in a Residential Re-entry Center for the last six months of his sentence (Filing No. 89).  The Court finds the request should be granted.  Accordingly,

IT IS RECOMMENDED to the Bureau of Prisons that defendant be placed in a Residential Re-entry Center for the last six months of his sentence.

DATED this 30th day of March, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court